IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

QUINTON TYRELL LESTER,         )
                               )
          Petitioner,          )
                               )      1:21-cv-317
     v.                        )      1:17-cr-317-1
                               )
UNITED STATES OF AMERICA,      )
                               )
          Respondent.          )

### ORDER

This matter is before this court for review of the Recommendation ("Recommendation") filed on May 4, 2022, by the Magistrate Judge in accordance with 28 U.S.C. § 636(b). (Doc. 48.) In the Recommendation, the Magistrate Judge recommends that Petitioner's motion to vacate, set aside, or correct sentence, (Doc. 43), be denied and that the Government's motion to dismiss, (Doc. 46), be granted. The Recommendation was served on the parties to this action on May 4, 2022, (see Doc. 49).

The record reflects that no objections were filed within the allotted time. Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 48), is **ADOPTED. IT IS FURTHER ORDERED** that the Government's Motion to Dismiss and Response to

Petitioner's Motion to Vacate, Set Aside, or Correct Sentence, (Doc. 46), is **GRANTED,** that Petitioner's Section 2255 Motion, (Doc. 43), is **DENIED,** and that this action is hereby, **DISMISSED.** Finding no substantial issue for appeal concerning the denial of a constitutional right affecting the conviction, nor a debatable procedural ruling, a certificate of appealability is not issued.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 18th day of April, 2023.

/s/ William L. Osteen, Jr.
United States District Judge